| STATE OF INDIANA | ) | IN THE WABASH COUNTY COURTS |
|---|---|---|
| | ) SS: | |
| COUNTY OF WABASH | ) | CAUSE NO. 85C01-2206-CT-000346 |

MARK WALTHER, )
)
    Plaintiff, )
)
v. )
)
MAC'S CONVENIENCE STORES LLC, )
and CIRCLE K STORES INC, )
)
    Defendants. )

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, Mark Walther, by his counsel, Sky J Shaw and Jeff JJ Shaw, of **SHAW LAW**, and alleges and seeks relief as follows:

### INTRODUCTION

1. This is an action for negligence against the Defendants, MAC'S CONVENIENCE STORES LLC, and CIRCLE K STORES INC, (hereinafter "CIRCLE K" or "Defendants"), the owners/managers of a retail convenience store located at 101 Thomas Rd, La Fontaine, IN 46940 (hereinafter the "Property"). Plaintiff, Mark Walther, was injured as a result of a slip-and-fall on water/liquid on the Property on August 14th, 2020.

### JURISDICTION AND VENUE

2. This Court has jurisdiction and proper venue over this dispute because the cause of action in this Complaint is a personal injury action that occurred in the city of La Fontaine, County of WABASH, State of Indiana.

EXHIBIT A

## THE PARTIES

3. Plaintiff, Mark Walther, is a resident of Wabash, Indiana. Plaintiff suffered personal, mental and/or economic injuries as a result of a slip-and-fall. Plaintiff Walther brings a cause of action against the Defendants for his damages and losses.

4. Defendant, MAC'S CONVENIENCE STORES LLC, is a for-profit corporation licensed to do business within the State of Indiana, incorporated in the State of Indiana.

5. Defendant, CIRCLE K STORES INC, is a for-profit corporation licensed to do business within the State of Indiana, incorporated in the State of Arizona.

6. Defendants own/operate a retail convenience store colloquially known as "CIRCLE K," located at 101 Thomas Rd, La Fontaine, Indiana 46940.

7. Any act, omission, or failure of any employee, department head, department member, chief, agent or member of any board or commission and administration of Defendants, shall be deemed the act, omission, or failure of the Defendants.

## GENERAL ALLEGATIONS

8. On or about August 14th, 2020, Plaintiff Walther was visiting the Property as a customer of Defendants' store.

9. On or about said date, Plaintiff Walther fell on an unreasonably dangerous condition on the Property—namely an accumulation of water/liquid, where customers, employees and the public were expected to be—and was seriously injured as a result.

10. Plaintiff Walther's injuries were the direct and proximate result of the negligence of Defendants, who failed to exercise reasonable care for Plaintiff's safety while he was visiting the Property.

11. Defendants knew, or by the exercise of reasonable care should have discovered, the water/liquid on the floor of its Property and should have realized it involved an

unreasonable risk of harm to Mark Walther and other invitees, including other customers.

12. Furthermore, Defendants had sufficient time to discover this condition but failed to remedy the unsafe, dangerous condition which would have prevented the injury.

13. Additionally, no warnings were given, nor warning signs erected, on the Property at the time of the fall to alert Plaintiff to the unreasonably dangerous condition of said Property.

14. Plaintiff Walther's injuries, except those that were superficial in nature, are permanent.

    a. Plaintiff Walther's injuries have resulted in a limitation of motion and pain and suffering.

    b. Plaintiff Walther required surgery, as well as other medical care and treatment for his injuries, for which there were reasonable and necessary expenses.

    c. Plaintiff Walther continues to suffer adverse effects, both physically and emotionally as a direct result of his injuries.

    d. Plaintiff Walther continues to receive medical care and treatment for his injuries and will require medical care and treatment of his injuries in the future, for which there will be reasonable and necessary expenses.

**WHEREFORE**, Plaintiff Mark Walther prays for judgement against the Defendants in an amount commensurate with his injuries, losses and damages, for costs of this action, pre-and-post-judgement interest on any judgement and for all other just and proper relief in the premises.

Respectfully submitted,

## SHAW LAW

/s/ Sky J Shaw
Sky J Shaw (#36249-64)

/s/ Jeff JJ Shaw
Jeff JJ Shaw (#15265-46)

402 W. Jefferson Blvd.
Fort Wayne, IN 46802
Tel. (260) 777-7777
Fax: (866) 328-9775
skyshaw@slipandfall.com
jeffshaw@slipandfall.com
Attorneys for the Plaintiff

## **DEMAND FOR JURY TRIAL**

Pursuant to Indiana Trial Rule of Civil Procedure 38(b), Plaintiff, Mark Walther, by his counsel, respectfully demands a trial by jury. Plaintiff demands a trial by jury of all issues so triable.

Respectfully submitted,

**SHAW LAW**

/s/ Sky J Shaw
Sky J Shaw (#36249-64)

/s/ Jeff JJ Shaw
Jeff JJ Shaw (#15265-46)

402 W. Jefferson Blvd.
Fort Wayne, IN 46802
Tel. (260) 777-7777
Fax: (866) 328-9775
skyshaw@slipandfall.com
jeffshaw@slipandfall.com
Attorneys for the Plaintiff